# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| SYBARITIC, INC., AND SKANDIALIFE MANUFACTURING, LTD., | Civil File No. 03-6073 JRT/FLN |
| Plaintiffs, | **ORDER** |
| v. | |
| NEOQI, LTD., a foreign corporation, MATI VANN, individually, and THEODOR VANN, individually, | |
| Defendants. | |

---

    Brian F. Kidwell, **SYBARITIC, INC.**, 9220 James Avenue South, Minneapolis, Minnesota 55431, for plaintiff.

    Thomas C. Atmore and Kerry A. Trapp, **LEONARD O'BRIEN SPENCER GALE & SAYRE, LTD.**, 100 South Fifth Street, Suite 2500, Minneapolis, Minnesota 55402, for plaintiff.

    Kimberly Fleming and Sara J. Lathrop, **LIND JENSEN SULLIVAN & PETERSON, P.A.,** 150 South Fifth Street, Suite 1700, Minneapolis, Minnesota 55402, for defendants.

    Based on the Stipulation of Dismissal with Prejudice dated May 24, 2005

[Docket No. 127],

**IT IS HEREBY ORDERED** that this action shall be dismissed with prejudice, on the merits and without costs or disbursements, including attorney's fees, to any party.

Dated: June 9, 2005
at Minneapolis, Minnesota                                       s/John R. Tunheim
                                                          JOHN R. TUNHEIM
                                                       United States District Judge